JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND<br><br>Plaintiffs,<br>v.<br><br>AMERICAN PLUMBERS, INC., and PETER MALONE<br><br>Defendants. | Case No. EDCV14-02037 JGB (SPx)<br><br>JUDGMENT GRANTING MOTION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS AMERICAN PLUMBERS, INC., AND PETER MALONE<br><br>Judge: Honorable Jesus G. Bernal |

Judgment Granting Motion for Default Judgment    Case No. EDCV14-02037 JGB (SPx)

This Court has granted the Motion for Default Judgment by Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND (collectively "PLAINTIFFS") against Defendant AMERICAN PLUMBERS, INC., a California corporation, and PETER MALONE, an individual.

IT IS ORDERED AND ADJUDGED that PLAINTIFFS shall recover from DEFENDANTs:

| | |
|---|---|
| Contributions: | $ 31,791.88 |
| Prejudment Interest: | $ 5,295.03 |
| Liquidated Damages: | $ 20,184.04 |
| Late-filing fees | $ 1,800.00 |
| Attorney's Fees: | $ 6,459.00 |
| Costs: | $ 696.15 |
| **Total Judgment:** | **$ 66, 226.10** |

Judgment is entered on January 26, 2015.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE